UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BIOSENSE WEBSTER, INC.,

    Plaintiff,

v.                                                     Case No.  6:13-cv-258-Orl-27TBS

GREGORY A. SCOTT,

    Defendant.

_____

ORDER

Pending before the Court is Defendant's Unopposed Motion to Vacate, Set Aside, or Reconsider Court Order [D.E. 15] (Doc. 17).  On April 15, 2013, the Court entered its Order (Doc. 15), granting in part and denying in part Plaintiff's Motion for Limited Expedited Discovery and Incorporated Memorandum of Law (Doc. 10).  Defendant represents that he did not receive a copy of the motion and was unaware of its existence until the Order was entered.  Now, Defendant moves the Court to vacate the Order and reconsider the motion in light of arguments made in response to a similar motion in Case No. 6:13-cv-333-Orl-27TBS (the "Hallett Case").  Defendant represents that Plaintiff does not oppose the relief requested in the motion.  Upon due consideration, the motion is GRANTED and the Court's Order (Doc. 15) is VACATED.

While the facts in this case and the Hallett Case are not identical, Plaintiff's rationale for seeking expedited discovery and Defendant's reasons for opposing the request are the same.  For the reasons stated in the Order appearing at docket entry 10 in the Hallett Case, Plaintiff's Motion for Limited Expedited Discovery and Incorporated Memorandum of Law (Doc. 10), is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on April 23, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel